# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **CV 20-4703-PSG (PLAx)**  Date: **June 3, 2021**

Title: **Terry Marshall, et al. v. Ross Stores, Inc.**

---

**PRESENT:  THE HONORABLE   PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | **AT&T Bridge Line** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**         **ATTORNEYS PRESENT FOR DEFENDANT(S):**
Alaric-Lorenzo Kisob, Esq.                                          Kristina Launey, Esq.


**PROCEEDINGS:**      **(TELEPHONIC SETTLEMENT CONFERENCE)**

Telephonic settlement conference held and case settles. Material terms of the settlement placed on the record. Counsel shall file a Notice of Settlement and petition for approval of settlement as to the minor with Chief Judge Philip S. Gutierrez.

**IT IS SO ORDERED.**



cc:   Hon. Philip S. Gutierrez
       Counsel of Record

                                                                                                                    4 : 00

                                                                                 Initials of Deputy Clerk      ch