**KISOB LAW FIRM**
Apemwoyah Kisob Alaric-Lorenzo Esq. (SBN. 321507)
Alkisob@kisoblaw.US
Attorney and Counselor-at-Law
New York, California, Nigeria & Cameroon
3680 Wilshire Blvd Suite P 04-1147
Los Angeles CA 90010
Telephone:  7028634243
Fax:  2133838080
Attorney for Plaintiffs
Terry Marshall, Cindy Rickel,
M.M. & a putative class.

# UNITED STATES DISCTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terry Marshall, Cindy Rickel, M.M., a minor, by his Next Friend Terry Marshall<br><br>**Plaintiffs,**<br><br>vs.<br><br>ROSS STORES, INC dba dd's Discount and DOES 1 THROUGH 10 inclusive.<br><br>**Defendant(s)** | Case No.: 2:20-cv-4703-PSG-PLA<br><br>Assigned to the Hon: Philip S. Gutierrez<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs and Defendant have reached a settlement in the above-referenced case. A formal settlement agreement has been executed.  Because one of the Plaintiffs is a minor, an application for approval of the compromise of the minor's claims will be filed in the coming weeks.  Once the settlement of the minor's claim is approved, a Stipulation for Dismissal of the entire action will then be filed.

Dated: 06/03/2021

                                                   **Respectfully Submitted,**

                                                   **KISOB LAW FIRM**

_____

**Apemwoyah Kisob Alaric-Lorenzo Esq.**

**Attorneys for the Plaintiffs.**

---

Notice of Settlement

- 2