**KISOB LAW FIRM**
Apemwoyah Kisob Alaric-Lorenzo Esq. (SBN. 321507)
Alkisob@kisoblaw.US
Attorney and Counselor-at-Law
New York, California, Nigeria & Cameroon
3680 Wilshire Blvd Suite P 04-1147
Los Angeles CA 90010
Telephone:  7028634243
Fax:  2133838080
Attorney for Plaintiffs
Terry Marshall, Cindy Rickel,
M.M. & a putative class.

FILED
CLERK, U.S. DISTRICT COURT

7/27/21

CENTRAL DISTRICT OF CALIFORNIA
BY:        WH        DEPUTY

LINK 60

# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Terry Marshall, Cindy Rickel, M.M., a minor, by his Next Friend Terry Marshall

  **Plaintiffs,**

  vs.

ROSS STORES, INC dba dd's Discount and DOES 1 THROUGH 10 inclusive.

  **Defendant(s)**

)
)
)
)
)
)
)
)
)
)

Case No.: 2:20-cv-4703-PSG-PLA

Assigned to the Hon: Philip S. Gutierrez

**JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(ii).** ; ORDER

Action Filed: May 27th 2020
SAC Filed: November 9th 2021

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs Terry Marshall, Cindy Rickel, M.M., a minor, by and through his Guardian Ad Litem, Terry Marshall and Defendant Ross Stores, Inc., acting through counsel, hereby stipulate in consideration of a negotiated settlement executed by them, that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

//

//

//

1

2

3   Dated: July 8th, 2021.                          **KISOB LAW FIRM**

4

5                                          By:   s/_____

6                                          Apemwoyah Kisob Alaric-Lorenzo Esq.

7                                              Attorneys for the Plaintiffs

8

9   Dated: July 26, 2021.

10

11                                          **Respectfully submitted,**

12                                          **SEYFARTH SHAW LLP**

13

14                                                 *Eden Anderson*

15                                          By: s/_____

16                                          Kristina M. Launey

17                                          Eden Anderson

18                                          Ashley N. Arnett

19                                          Attorneys for Defendant

20                                          ROSS STORES, INC.

21

22                                          **IT IS SO ORDERED.**

23                                          **DATED:** _7/27/21_____

24

25                                          _____

26                                          **U.S. DISTRICT JUDGE**

27

28